IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | JOHN LEE BLEVINS<br>HELEN ISABELLE BLEVINS<br>Debtor(s) | ) <br> ) <br> ) <br> ) | Case no. 12-10096-13<br>Chapter 13 |

*Electronically Filed*

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR(S)

Pursuant to information received by the Standing Chapter 13 Trustee please enter the following change of address in the records of the above referenced case:

901 BLOOMVILLE RD
HUTCHINSON, KS 67501

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
lbwsig@wichita13trustee.com
(316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Change of Address was served, either electronically via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on August 16, 2016, properly addressed to each of the following:

OFFICE OF THE US TRUSTEE
301 N MAIN #1150
WICHITA KS 67202

RONALD L LESLIE
ATTORNEY AT LAW
P O BOX 2067
HUTCHINSON, KS 67504-2067

*s/Julie A. Wilkinson*
Julie A. Wilkinson, Administrative
Assistant